**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| CHARLES SCHOELCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06CV1576-DJS |
| ) | |
| EMMETT MITCHELL, et al., ) | |
| ) | |
| Defendants. ) | |

### JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that summary judgment is entered in favor of defendants Emmett Mitchell, Roy Mueller, John Szuba, Cheryl Stone, Kenneth Reed, Michael Henderson, St. Louis County, and unnamed John and Jane Does, and against plaintiff Charles Schoelch, on all claims asserted in plaintiff's complaint.

Dated this __2nd__ day of July, 2008.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE